# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM RUSH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV-23- |
| ) | |
| HILLS JANITORIAL SERVICE, INC., ) | |
| ) | JURY DEMAND |
| ) | |
| Defendant. ) | |

## COMPLAINT

COMES NOW the Plaintiff, William Rush (hereinafter "Rush"), and files this Complaint to be answered by the Defendant Hill's Janitorial Service (hereinafter "HJS") pursuant to the Federal Rules of Civil Procedure.

### I.   JURISDICTION AND VENUE

1.   The jurisdiction of the Court is invoked pursuant to 28 U.S.C. § 1331 (Federal question), and 28 U.S.C. 1343(3) (depravation of constitutional or Federal statutory right).

2. Venue is proper pursuant to 28 U.S.C. 1391 (all parties are located within the Northern District of Alabama, Southern Division).

3. This is a suit authorized and instituted pursuant to 42 U.S.C. 2000(e)*et. sq.* as amended, providing relief for gender discrimination and retaliation.

## II. PARTIES

4. Plaintiff, Rush, is over the age of nineteen, is a citizen of the United States, and is a resident of Jefferson County, Alabama which is located in the Northern District of Alabama, Southern Division.

5. Defendant, HJS operates its business in Jefferson County, Alabama which is located in the Northern District of Alabama, Southern Division.

6. Defendant HJS employs over 200 employees.

## III. ADMINISTRATIVE PROCEDURES

7. On July 12, 2022, Rush filed his EEOC Charge alleging discrimination based on his sex/sexual orientation. (See *Charge of Discrimination* attached as Exhibit A).

8. On or about January 27, 2023, the EEOC issued a Right to Sue Letter for Rush. (See *Right to Sue Letter* attached as Exhibit B).

9. Rush timely filed this lawsuit within 90 days of receipt of his right to sue.

## IV. STATEMENT OF FACTS

10. The defendant HJS discriminated against Rush because of his sex/sexual orientation, in job assignments and other terms conditions and privileges of employment as follows:

11. Rush is an openly gay man.

12. Rush was hired by HJS as a janitor in October, 2021.

13. At all times material to this Complaint, Rush worked at HJS and he continues to work at HJS to this date.

14. Rush's direct supervisor is BJ Hill.

15. The owner of the business is BJ Hill's father, Bryant Hill Sr.

16. During his employment, Laura King would start arguments with Rush relating to him not bringing her food, not sharing her spray bottles, and reporting him to his supervisor.

17. Rush did not understand the hostility Laura King had toward him until May, 2022.

18. In or around May 2022, Rush's co-worker, Laura King, told him, "I hate fags".

19. Another co-worker, Isaiah McClendon Jr., witnessed this interaction.

20. On or about June 17, 2022, Rush was walking to the elevator with Isaiah McClendon Jr when Laura King called him a "gay faggot ass sissy".

21. Isaiah McClendon Jr. asked Laura King who she was speaking of, and she responded she was speaking of Rush.

22. On or about June 21, 2022, Rush complained in writing to HJS that on June 17, 2022, his co-worker, Laura King, made derogatory comments to him.

23. Specifically, Rush complained Laura King called him a "gay fag ass sissy" more than once.

24. In this written complaint, Rush also complained Laura King had told him about one month prior, "I hate gay fags".

25. BJ Hill assured Rush he would handle the situation.

26. BJ Hill never followed up on what evidence Rush had to support his allegations.

27. On or about June 23, 2022, Rush texted his direct supervisor, BJ Hill, and told him Laura King had called him "sissy" and that he would be bringing by a written complaint the next day.

28. BJ Hill responded he was sorry this keeps happening to him and to please include details in his written statement.

29. On or about June 24, 2022, Rush complained in writing to HJS that his co-worker, Laura King had again made derogatory comments to him.

30. Specifically, Rush complained Laura King called him a "sissy" on two separate occasions. He complained this was harassment.

31. Despite clear notice of the ongoing harassment, HJS took no action to protect Rush and the harassment continued.

32. Rush was compelled to continue working with Laura King and subjected to a hostile work environment and difference in treatment based on his sexual orientation.

33. On or about June 27, 2022, Rush texted his direct supervisor, BJ Hill, and told him his co-worker, Laura King, called him a "sissy" two times that day and told him it was clearly workplace harassment.

34. Rush was forced to file an EEOC charge on Friday, July 15, 2022, due to the continued harassment and lack of response from his employer.

35. HJS was notified by the EEOC of the charge of discrimination on the same day.

36. On Tuesday, July 19, 2022, after HJS received notice of the EEOC charge, Laura King was moved to a different floor.

37. BJ Hill then asked Laura King if she called Rush those things which she denied.

38. Despite being moved to a different floor, Laura King would still make remarks every time she would see Rush.

39. Rush continued to report these remarks to BJ Hill.

40. Laura King was not disciplined in any form or fashion for her conduct.

41. Rush continued to suffer from these remarks until Laura King was eventually moved to another location.

42. The harassment occurred every time Rush saw Laura King, so it was frequent, the comments were severe, and altered the terms and conditions of Rush's employment.

43. Merriam-Webster dictionary defines faggot as: a gay person- used as a term of abuse and disparagement.

44. Dictionary.com defines "faggot" as: Extremely disparaging and offensive, a contemptuous term used to refer to a person, especially a gay man.

45. The term faggot is one of the most offensive and threatening terms a straight person can say to a gay man.

46. Meriam-Webster dictionary defines sissy as: an informal and disparaging word meaning an effeminate man or boy.

47. Common synonyms listed in Meriam-Webster dictionary for "sissy" are: feminine, unmanly, womanly, prissy, girlish.

## V. CLAIMS

## COUNT 1- RACE DISCRIMINATION- DISPARATE TREATMENT

47. Rush is a member of a protected class as he is a gay man.

48. On a frequent and continuous basis, Rush was subjected to harassment based on his sex/sexual orientation when he was called a faggot, gay faggot ass sissy, and sissy.

49. The harassment was unwanted, offensive, humiliating, and threatening to Rush as evidenced by Rush's repeated complaints of said conduct that the comments were harassing and threatening.

50. The harassment was offensive to a reasonable person in the position of the plaintiff as the widely accepted definition of "faggot" itself states it is offensive and derogatory, and the term "sissy" refers to womanlike behavior for a man and is also derogatory.

51. A reasonable person in the plaintiff's position would also not like to be called a sissy or told that he has female qualities.

52. The harassment was severe as the words used by Laura King were the most severe insult a straight person can say to a gay man.

53. The harassment was pervasive because Laura King made the comments every time she saw Rush which was on a regular basis.

54. There is a reason to hold the employer liable because the employer clearly had notice on multiple occasions and did absolutely nothing to remedy the problem until after Rush filed his EEOC charge.

55. Even after the charge was filed, the problem wasn't remedied by placing Laura King on another floor as she continued to harass him every time she saw him.

56. As a proximate cause and cause in fact of the unlawful and hostile work environment, Rush was caused to suffer the following injuries and damages: compensatory damages, including, but not limited to, damage to career, shame, humiliation, embarrassment, stress, anxiety, anger, helplessness, emotional distress, pain, suffering, and out of pocket expenses.

## VI. DAMAGES

1. The Plaintiff was caused to suffer compensatory damages

including, but not limited to: damage to career, damage to reputation, shame, humiliation, embarrassment, stress, anxiety, anger, fear, helplessness, emotional distress, pain, suffering, and out of pocket expenses.

2. Plaintiff is now suffering and will continue to suffer irreparable injury from Defendant's unlawful policies and practices set forth herein unless enjoined by this Court.

3. The Plaintiff has no plain, adequate or complete remedy at law to redress the wrongs alleged herein, and this suit for compensatory damages, punitive damages, attorney' fees, expenses, costs, injunctive relief, and declaratory judgment is his only means of securing adequate relief.

## VII. **PRAYER FOR RELIEF**

WHEREFORE, the plaintiff respectfully prays that this Court assume jurisdiction of this action and after trial:

1. Enter an Order requiring the defendant to make the plaintiff whole by awarding him compensatory and punitive damages, out of pocket expenses, and other benefits of employment.

2. The Plaintiff further prays for such other relief and benefits as the cause of justice may require, including, but not limited to, an award of costs, attorney's fees and expenses.

**THE PLAINTIFF DEMANDS A TRIAL BY STRUCK JURY.**

Respectfully Submitted,

*s/ Patricia A. Gill*
Patricia A. Gill
ASB-0780-I66P
Attorney for Plaintiff

OF COUNSEL:
BARRETT & FARAHANY
2 20th Street North, Suite 900
Birmingham, AL 35203
Phone: 205-564-9005
Direct: 205-390-1953
Email: trish@justiceatwork.com

**PLEASE SERVE DEFENDANT AT:**
HILLS JANITORIAL SERVICES, INC.
Bryant Hill, Sr.
533 Main Street
Gardendale, AL 35071